UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: **22-24269-CIV-MARTINEZ-BECERRA**

GIOVANNA BENZA,

    Plaintiff,

v.

IVEY DESIGN BUILD, CORP., and KIRK IVY,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** came before the Court upon the parties' Joint Motion to Approve Fair Labor Standards Act Settlement and Dismissal with Prejudice ("Motion"), (ECF No. 13). The parties filed a copy of the Settlement Agreement (the "Settlement Agreement") for the Court to review, (ECF No. 13-1). After careful consideration of the Settlement Agreement, as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), the Court finds that the agreement represents a fair and reasonable resolution of a bona fide FLSA dispute. Accordingly, it is hereby **ORDERED and ADJUDGED** that

    1.    The parties' Motion, (ECF No. 13), is **GRANTED**.

    2.    The parties' Settlement Agreement is hereby **APPROVED**.

    3.    This action is **DISMISSED with prejudice**.

    4.    This case is **CLOSED**, and all pending motions are **DENIED AS MOOT**. The Court retains jurisdiction to enforce the parties' Settlement Agreement.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of July, 2023.

                                                                     _____
                                                                   JOSE E. MARTINEZ
                                                                   UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record